

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2017

No. 04-16-00540-CR

Mark **MEDEL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR8952A
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

The original due date for appellant's brief was May 20, 2017. On May 15, 2017, appellant filed a motion for extension of time to file his brief, requesting a sixty day extension. We granted appellant's request, and the brief was due July 24, 2017. On July 20, 2017, appellant filed a second request for an extension of time, requesting an additional sixty days to prepare his brief. After consideration, we GRANT appellant's request for an extension of time to file his brief IN PART and ORDER appellant to file his brief in this court on or before August 23, 2017. Appellant is advised that no further extensions of time to file the brief will be granted absent written proof of extraordinary circumstances. Appellant is further advised that counsel's heavy case load or demanding work schedule is not an extraordinary circumstance.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk